JUDGE STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X   Civil Action No.
JEROME BIRN, Derivatively on Behalf of THE
BEAR STEARNS COMPANIES, INC.,                                RULE 7.1 STATEMENT
                                                             08 CV 00855
                Plaintiff,

vs.

JAMES E. CAYNE, WARREN J. SPECTOR,
ALAN C. GREENBERG, ALAN D.
SCHWARTZ, MICHAEL MINIKES, SAMUEL
L. MOLINARO, JR., JEFFREY M. FARBER,
CARL D. GLICKMAN, DONALD J.
HARRINGTON, FREDERIC V. SALERNO,
FRANK T. NICKELL, VINCENT TESE, PAUL
A. NOVELLY, HENRY S. BIENEN, WESLEY
S. WILLIAMS, JR. and MICHAEL
GOLDSTEIN,

                Defendants,

-and-

THE BEAR STEARNS COMPANIES, INC., a
Delaware corporation,

                Nominal Defendant.
---------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Jerome Birn, Derivatively on Behalf of The Bear Stearns Companies, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Dated: January 23, 2008

                                        Thomas G. Amon

                                        Attorney Bar Code: TGA-1515