UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEROME BIRN,                                             :
                                                         :
                Plaintiff,                            :
     -against-                                         :
                                                         :
JAMES E. CAYNE, et al.,                                  :
                                                         :
                Defendants.                           :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/08

08 Civ. 855 (RMB)

08 Civ. 855

**ADMINSTRATIVE ORDER**

      The Clerk of Court is respectfully requested to designate the above captioned case as **related** to Cohen v. Bear Stearns Cos., No. 07 Civ. 10453.

**SO ORDERED**.

Dated: New York, New York
       February 18, 2008

_____
Richard M. Berman, U.S.D.J.