

DAVID A.P. BROWER
brower@browerpiven.com

**BROWER PIVEN**
A PROFESSIONAL CORPORATION
488 MADISON AVENUE
EIGHTH FLOOR
NEW YORK, NEW YORK 10022

Telephone (212) 501-9000
Facsimile  (212) 501-0300

**MEMO ENDORSED**

February 28, 2008

**BY HAND**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

> Re: *Cohen v. Bear, Stearns & Co. Inc.*, No. 07-cv-10453-RMB (S.D.N.Y.);
> *Birn v. Cayne*, No. 08-cv-00855-LLS (S.D.N.Y.)

Dear Judge Berman:

Plaintiffs in the above matters respectfully request a short extension from Friday, February 29, 2008, to Monday, March 3, 2008, to file an amended complaint.  It is plaintiffs' intention that the amended complaint will encompass both the *Cohen* action, as well as the *Birn* action that recently was recently reassigned to Your Honor.

Defendants' counsel have informed plaintiffs' counsel that defendants take no position with respect to the relief requested.

Respectfully submitted,

David A.P. Brower

Application Granted.

cc: All Counsel of Record

SO ORDERED:
Date: 2/28/08
Richard M. Berman, U.S.D.J.