# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

RSerio@gibsondunn.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08
```

**MEMO ENDORSED**

APR 22 2008

April 22, 2008

> 4/25/08 Conference vacated.
>
> Client No.
> T 12422-00001
>
> SO ORDERED:
> Date: 4/22/08    Richard M. Berman
>                  Richard M. Berman, U.S.D.J.

Direct Dial
(212) 351-3917
Fax No.
(212) 351-5246

BY HAND

The Honorable Richard M. Berman
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street - Room 650
New York, NY 10007

Re:   Cohen v. Bear, Stearns & Co. Inc., et al., No. 07-cv-10453 (RMB);
      Birn v. Cayne, No. 08-cv-00855 (RMB)

Dear Judge Berman:

We write on behalf of all parties in the above-captioned related litigations to respectfully request an adjournment of the status conference scheduled for April 25, 2008 in the *Birn v. Cayne*, No. 08-cv-00855 matter.  The April 25th status conference had been scheduled while the case was pending before Judge Stanton and prior to Your Honor's entry of the Stipulation and Order Regarding Filing of Second Amended Complaint and Briefing Schedule on April 7, 2008 in the *Cohen v. Bear, Stearns & Co. Inc., et al.*, No. 07-cv-10453 matter.  In light of the aforementioned scheduling order, the parties respectfully submit that a status conference is no longer necessary at this time.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Robert F. Serio

cc:   All counsel of record