UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME BIRN, | No. 08 Civ. 0855 (RMB) |
| Plaintiff, | |
| v. | |
| JAMES E. CAYNE, *et al.*, | |
| Defendants. | |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of

record for defendants The Bear Stearns Companies Inc.

Dated: May 5, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By:___/s/ Brad S. Karp_____
      Brad S. Karp

1285 Avenue of the Americas
New York, New York  10019-6064
Tel:     (212) 373-3000
Fax:     (212) 757-3990
Email:  bkarp@paulweiss.com

*Attorneys for The Bear Stearns Companies Inc.*

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK          )
                                          )    ss.:
COUNTY OF NEW YORK    )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 5, 2008, I served true copies of the attached: NOTICE OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

Gregory Arthur Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Randy Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Leana Loncarevic

Sworn to before me this
5th day of May, 2008

_____
Notary Public

**HERMAN M. WINKLES JR.**
**Notary Public, State of New York**
**No. 01WI5049365**
**Qualified in New York County**