UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME BIRN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES E. CAYNE, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 08 Civ. 0855 (RMB) |

## NOTICE OF APPEARANCE

　　　　Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants The Bear Stearns Companies Inc.

Dated: May 5, 2008
New York, New York

　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　GARRISON LLP


　　　　　　　　　　　　　　　　　By:　　/s/ Eric S. Goldstein
　　　　　　　　　　　　　　　　　　　　Eric S. Goldstein

　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, New York  10019-6064
　　　　　　　　　　　　　　　　　Tel:　(212) 373-3000
　　　　　　　　　　　　　　　　　Fax:　(212) 757-3990
　　　　　　　　　　　　　　　　　Email:  egoldstein@paulweiss.com

　　　　　　　　　　　　　　　　　*Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 5, 2008, I served true copies of the attached: NOTICE OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

Gregory Arthur Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Randy Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Leana Loncarevic

Sworn to before me this
5th day of May, 2008

_____
Notary Public

HERMAN M. WINKLES JR.
Notary Public, State of New York
No. 01WI5049365
Qualified in New York County