UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME BIRN,<br><br>                     Plaintiff,<br><br>v.<br><br>JAMES E. CAYNE, *et al.*,<br><br>                     Defendants. | No. 08 Civ. 0855 (RMB) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE BEAR STEARNS COMPANIES INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that The Bear Stearns Companies Inc. is a publicly traded corporation. JPMorgan Chase & Co. and Wilmington Trust Corporation are the only publicly held corporations that own 10% or more of the stock of The Bear Stearns Companies Inc.

Dated: May 5, 2008
New York, New York

                                      PAUL, WEISS, RIFKIND, WHARTON &
                                      GARRISON LLP

                                      By:   /s/ Eric S. Goldstein
                                              Eric S. Goldstein

                                      1285 Avenue of the Americas
                                      New York, New York 10019-6064
                                      Tel:   (212) 373-3000
                                      Fax:  (212) 757-3990
                                      Email: egoldstein@paulweiss.com

                                      Gregory Arthur Markel
                                      CADWALADER, WICKERSHAM & TAFT LLP
                                      One World Financial Center
                                      New York, NY 10281
                                      Tel:   (212) 504-6112
                                      Fax:  (212) 504-6666
                                      Email: greg.markel@cwt.com

                                      *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 5, 2008, I served true copies of the attached: NOTICE OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

Gregory Arthur Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Randy Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

Leana Loncarevic

Sworn to before me this
5th day of May, 2008

Notary Public

HERMAN M. WINKLES JR.
Notary Public, State of New York
No. 01WI5049365
Qualified in New York County