UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME BIRN,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES E. CAYNE, *et al.*,<br><br>        Defendants. | No. 08 Civ. 0855 (RWS) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE BEAR STEARNS COMPANIES INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that on May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly held corporation with no corporate parent. No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:  /s/ Brad S. Karp
             Brad S. Karp

        1285 Avenue of the Americas
        New York, New York  10019-6064
        Tel:    (212) 373-3000
        Fax:    (212) 757-3990
        Email:  bkarp@paulweiss.com

        Gregory Arthur Markel
        CADWALADER, WICKERSHAM & TAFT LLP
        One World Financial Center
        New York, NY 10281
        Tel:    (212) 504-6112
        Fax:    (212) 504-6666
        Email: greg.markel@cwt.com

        *Attorneys for The Bear Stearns Companies Inc.*