AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 13, 2008, I served true copies of the foregoing: SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC. on the following:

SEE ATTACHED SERVICE LIST

3. I made such service by personally enclosing true copies of the aforementioned document in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

                                           Leana Loncarevic

Sworn to before me this
13" day of June, 2008

Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181594
Qualified in Bronx County
Commission Expires February 4, 2012

**Warren J. Spector (Defendant):**

Lawrence B. Pedowitz
David B. Anders
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

**Alan C. Greenberg (Defendant):**

Alan Glickman
Ronald Richman
**Schulte Roth & Zabel LLP**
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955

**Alan D. Schwartz (Defendant):**

Gregory A. Markel
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281
Telephone:  (212) 504-6000

Jay Kasner
Susan L. Saltzstein
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000/1

**Michael Minikes (Defendant):**

Gregory A. Markel
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281

Telephone:  (212) 504-6000

**Samuel L. Molinaro (Defendant):**

Michael Chepiga
William T. Russell
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

Gregory A. Markel
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281
Telephone:  (212) 504-6000

**Jeffrey M. Farber (Defendant):**

Gregory A. Markel
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281
Telephone:  (212) 504-6000

**Carl D. Glickman, Donald J. Harrington, Frederic V. Salerno, Frank T. Nickell, Vincent Tese, Paul A. Novelly, Henry S. Bienen, Wesley S. Williams, Jr. Michael Goldstein (Defendants):**

Randy M. Mastro
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY  10166
Telephone:  (212) 351-4000